# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ANGELO SHARIES MOSES

VERSUS

SID J. GAUTREAUX, III, ET AL.

CIVIL ACTION

15-464-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 6, 2015. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

The *Motions to Dismiss*[4] filed by EMS/Prison Medical Services, a division of East Baton Rouge City/Parish Government, and East Baton Rouge City/Parish Government shall be GRANTED. Plaintiff's claims against those Defendants pursuant to 42 U.S.C. § 1983 shall be DISMISSED with prejudice. The Court shall decline to exercise jurisdiction over the remaining state law claims, and those state law claims shall be DISMISSED without prejudice.

Further, the *Motions to Dismiss*[5] filed by Sid J. Gautreaux, III, Individually and as Sheriff of East Baton Rouge Parish, and Dennis Grimes, Individually and as Warden for

---

[1] Rec. Doc. 2.
[2] Rec. Doc. 24.
[3] Rec. Doc. 26.
[4] Rec. Doc. 13.
[5] Rec. Doc. 15.

the East Baton Rouge Parish Prison shall be GRANTED. Plaintiff's claims against those Defendants pursuant to 42 U.S.C. § 1983 shall be DISMISSED with prejudice. The Court shall decline to exercise jurisdiction over the remaining state law claims, and those state law claims shall be DISMISSED without prejudice.

Baton Rouge, Louisiana the 7 day of December, 2015.

*Shelly D Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA